UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEJANDRO NOE DIAZ HERNANDEZ,                    Case No. 1:25-cv-1533

               Petitioner,                    Hon. Hala Y. Jarbou
                                      Chief U.S. District Court Judge

v.

SAM OLSON et al.,

               Respondents.

_____/

## **STIPULATION TO DISMISS CASE**

The parties, by their respective counsel, hereby stipulate to a dismissal of this action without prejudice and without costs of attorneys' fees to any party.  Petitioner has been released from Respondents' custody.

                                       Respectfully submitted,

Dated: December 2, 2025          */s/ William G. McLean III*
                                   WILLIAM GASTON MCLEAN III
                                   Law Office of William Gaston McLean III, P.C.
                                   4225 Gage Ave.
                                   Lyons, IL 60534
                                   Ph: (312) 714-5603
                                   Fax: (312) 268-7427
                                   Email: mcleanlaw.chicago@gmail.com
                                   Attorney for Petitioner

                                   TIMOTHY VERHEY
                                   United States Attorney

Dated: December 2, 2025          */s/ Kalen H. Pruss*
                                   KALEN H. PRUSS
                                   Assistant United States Attorney
                                   Post Office Box 208
                                   Grand Rapids, Michigan 49501-0208
                                   (616) 456-2404
                                   kalen.pruss@usdoj.gov
                                   Attorney for Respondents

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEJANDRO NOE DIAZ HERNANDEZ,                    Case No. 1:25-cv-1533

          Petitioner,                                    Hon. Hala Y. Jarbou
                                                 Chief U.S. District Court Judge

v.

SAM OLSON et al.,

          Respondents.
_____/

## **ORDER**

Upon consideration of the parties' stipulation to dismiss case, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this case is dismissed without prejudice and without costs or fees to either party.

Dated:  December 4, 2025                         /s/ Hala Y. Jarbou
                                                 _____
                                                 HALA Y. JARBOU
                                                 Chief United States District Judge